IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LANEDRA CARROLL, an individual,
on behalf of herself and others
similarly situated,

      Plaintiff,

v.                                    CASE NO.: 4:11cv25-SPM/WCS

COLLECTION BUREAU OF FORT
WALTON BEACH, INC., a Florida
corporation doing business as
"Collection Bureau Medical Accounts
Administration,"

      Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This case has been dismissed without prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (doc. 4) and Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the clerk shall close this case.

SO ORDERED this 27th day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge